UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Leroy J. Hale,

    Plaintiff,

    v.

Every U.S. President Since 1928 et al.,

    Defendants.

Civil Action No. **10 0170**

## MEMORANDUM OPINION

Plaintiff Leroy J. Hale has filed an application to proceed in forma pauperis and a pro se complaint. The application will be granted and the complaint will be dismissed.

The plaintiff has filed a complaint against numerous individuals, dead and alive, and entities, including courts, clerks of court, hospitals, jails, banks, and the Senate Finance Committee. The complaint does not appear to allege any wrong-doing by any individual or entity. It states only that the "Blue Ridge East Mental Health and Virginia Assisted Living . . . want me to let them do a severe, extreme surgery procedure on me; that will [be] the second as I have need for medical for a hernia [which] is the size of my fist." Compl. at 2 (punctuation altered for readability). The remainder of the complaint seeks a variety of relief, of which the following is representative: "I ask for 300 zillion court rulings for my perfect health. I ask for 89 zillion landmark court orders and 65 billion dollars for my perfect health care. I ask for 19 billion dollars. . . . I ask for my releases and remedies from carpel tunnel syndrome and from cruel and unusual punishment. For these reasons I ask for the Bill of Rights." Id. at 2-3 (spelling and punctuation altered for readability).

While complaints filed by *pro se* litigants are held to less stringent standards than formal pleadings drafted by lawyers, *see Haines v. Kerner*, 404 U.S. 519, 520 (1972), even *pro se* complaints must meet minimum the standards set by the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks to obtain. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer and an adequate defense, and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). As drafted, this complaint does not identify a claim, establish this court's jurisdiction, or provide the defendants with notice of allegations against them. Accordingly, the complaint will be dismissed without prejudice for failure to comply with Rule 8 of the Federal Rules of Civil Procedure.

A separate order accompanies this memorandum opinion.

Date: Jan. 24, 2010

United States District Judge